# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**KENNETH W. MAVINS,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　　　**CASE NO. 1:07CV241-MP/AK**

**MICHAEL J. ASTRUE,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court in the above entitled action is Defendant's Motion for Enlargement of Time to file a memorandum. (Doc. 13). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have through **June 2, 2008**, to file a responsive memorandum.

**DONE AND ORDERED** this __1st__ day of May, 2008.

                                                              _s/ A. KORNBLUM_
                                                            **ALLAN KORNBLUM**
                                                            **UNITED STATES MAGISTRATE JUDGE**