IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KENNETH W. MAVINS,

    Plaintiff,

v.                                       CASE NO. 1:07-cv-00241-MP-AK

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 16, Report and Recommendation of the Magistrate Judge, which recommends that the decision of the Commissioner denying benefits be affirmed. The Magistrate entered the Report on March 12, 2009. No party has filed an objection, and the time to do so has now passed. Upon consideration, the Court agrees with the Magistrate that the Commissioner's decision is supported by substantial evidence. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    The Report and Recommendation of the Magistrate Judge (Doc. 16) is ADOPTED and incorporated herein. The decision of the Commissioner denying benefits is AFFIRMED.

    **DONE AND ORDERED** this  *14th* day of April, 2009

                        *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge